**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

Norfolk Division

| | |
|---|---|
| In re: | Case No. 10-70056-SCS |
| GORDAN C. MCIVOR and; | Chapter 13 |
| DONNA R. MCIVOR, | |
| Debtors. | |

**CONSENT ORDER SETTLING MOTION TO DISMISS
FOR FAILURE TO MAKE PAYMENTS**

THIS MATTER CAME to be heard upon the Motion for Dismissal for Failure to Make Payments filed by R. Clinton Stackhouse, Jr., Chapter 13 Trustee (the "Trustee"). Upon the representation of the parties that the matter has been settled; it is hereby

**ORDERED** the Motion for Dismissal for Failure to Make Chapter 13 Plan Payments filed by the Trustee is **SETTLED**. Gordan C. McIvor and Donna R. McIvor (the "Debtors") shall convert this case to one under Chapter 7 on or before October 17, 2013.

It is **FURTHER ORDERED** if the Debtors fail to comply with the terms of this Consent Order, an Order of Dismissal may be filed with and entered by this Court without further hearing; and

It is **FURTHER ORDERED** that upon entry of this Order, the Clerk shall forward copies to those parties named on the attached copy list.

Entered at Norfolk _____ day of __Oct 9 2013_____, 2013.

/s/ Frank J. Santoro
_____
JUDGE

R. Clinton Stackhouse, Jr.  VSB No. 19358
Chapter 13 Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435
(757) 333-4000 -Telephone
(757) 333-3434 - Facsimile

Entered on Docket: Oct 10, 2013

Notice of entry of Order or Judgment _____

I ASK FOR THIS:

*/s/ R. Clinton Stackhouse, Jr.*

_____
R. Clinton Stackhouse, Jr.
Chapter 13 Trustee


AGREED:

*/s/ Barry W. Spear for Sarah Ramage Clarson*

_____
Sarah Ramage Clarson, Esquire
Counsel for Debtors

## LOCAL RULE 9022-1 CERTIFICATE

I hereby certify that in accordance with Local Rule 9002-1, this Order has been endorsed by all parties.

*/s/ R. Clinton Stackhouse, Jr.*
_____

R. Clinton Stackhouse, Jr.  VSB No. 19358
Chapter 13 Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435
(757) 333-4000 -Telephone
(757) 333-3434 - Facsimile

Copy List:

Sarah Ramage Clarson, Esquire
Convergence Center III
272 Bendix Road, Suite 130
Virginia Beach, VA 23452

Gordan C. McIvor
Donna R. McIvor
1002 Refuge Run
Camden, DE 19934

R. Clinton Stackhouse, Jr.  VSB No. 19358
Chapter 13 Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435
(757) 333-4000 -Telephone
(757) 333-3434 - Facsimile